IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| of AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| KAREEM JONES | : | No. 10-307 |

# ORDER

**AND NOW**, this 10th day of January, 2012, upon consideration of Defendant Kareem Jones's Motion to Dismiss Indictment (Docket No. 51), Defendant's Motion to Sever Offenses (Docket No. 48), and the Government's opposition thereto (Docket Nos. 56, 66), and following a hearing, it is hereby **ORDERED** that Defendant's Motion to Dismiss Indictment (Docket No. 51) is **DENIED** and Defendant's Motion to Sever Offenses (Docket No. 48) is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE